PEOPLE v HOWARD. (Docket No. 57578.) The motion by plaintiff-appellant for reconsideration of this Court's order of April 23, 1976, is considered and the same hereby is denied November 1, 1976, because it does not appear that said order was entered erroneously. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Research, Training and Appeals, and *Larry L. Roberts,* Assistant Prosecuting Attorney, for the people, appellant. Case below, Court of Appeals No. 20313, per curiam opinion of June 27, 1975.

HENGY v GENERAL MOTORS CORPORATION. (Docket No. 58216.) Leave to appeal is considered and, it appearing to this Court that the case of *Krol v City of Hamtramck* (Docket No. 56114) is presently pending on appeal before this Court and that the decision in that case may be decisive of an issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in that case. *Rene J. Ortlieb, P. C.,* for plaintiff-appellee. *Munroe & Nobach, P. C.,* for defendant-appellant. Case below, Court of Appeals No. 27076, order of February 20, 1976.

Application for leave to appeal dismissed with prejudice February 11, 1977 upon stipulation by the parties.

PEOPLE v GUIDRY. (Docket No. 58246.) Plaintiff-appellant's application for leave to appeal and defendant-appellee's application for leave to file a cross appeal are considered and, it appearing to the Court that the case of *People v Rand* (Docket No. 57270) is presently pending on appeal before this Court and that the decision in that case may be decisive of issues raised in the present applications, it is ordered that the present applications be held in abeyance pending decision in that case. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *John A. Smietanka,* Prosecuting Attorney, and *John Jeffrey Long,* Assistant Prosecuting Attorney, for the people, appellant. State Appellate Defender for defendant-appellee. Reported below: 67 Mich App 653.